RECEIVED

MAR 2 7 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

HUEY P. GARDNER                             CIVIL ACTION NO. 14-cv-0456

VERSUS                                       JUDGE STAGG

SHREVE MEMORIAL LIBRARY                     MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed without prejudice** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the Clerk of Court decline to file any civil complaint submitted by Huey Gardner unless the complaint has been presented first to a district judge of this court and the judge has specifically authorized in writing that the complaint may be filed. It is also ordered that any motion to proceed in forma pauperis that accompanies such a complaint be referred to a district judge for action.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 27th day of March, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE